### UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

_____

| | |
|---|---|
| **ANGELA MOORE** ) | **CASE NO.:** |
| **Plaintiff,** ) | **3:11-CV-1872-JCH** |
| ) | |
| ) | |
| ) | |
| **v.** ) | |
| ) | |
| **FMA ALLIANCE, LTD.** ) | |
| **Defendant** ) | |
| _____) | **JANUARY 4, 2012** |

### <u>NOTICE OF DISMISSAL WITH PREJUDICE</u>

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(i), the plaintiff, Angela Moore,

through her attorney, hereby gives notice that the claims of the above-entitled action

shall be dismissed with prejudice, and without costs or attorney's fees.


**PLAINTIFF, ANGELA MOORE**


By: /s/Daniel S. Blinn_____
   Daniel S. Blinn, Fed Bar No. ct02188
   dblinn@consumerlawgroup.com
   Consumer Law Group, LLC
   35 Cold Spring Rd., Suite 512
   Rocky Hill, CT  06067
   Tel. (860) 571-0408; Fax (860) 571-7457

**<u>CERTIFICATION</u>**

I hereby certify that on this 4th day of January, 2012, a copy of foregoing Notice of Dismissal was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

<u>/s/ Daniel S. Blinn</u>
Daniel S. Blinn